**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

### UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellant

### V.

### REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

Before the Court are Appellees' Partially-Opposed Motion for Extension of Time to File Appellees' Brief and Appellants' Motion to Stay Trial Court Proceedings Pending Resolution Of Appeal And Mandamus. The Court **GRANTS** appellees' motion for extension of time to file their brief. Appellees shall file their brief on or before April 7, 2014. Absent exceptional circumstances, no further extensions will be granted. The Court **DENIES** appellants' motion to stay the trial court proceedings, except to the extent that those proceedings were previously stayed by order of this Court dated February 21, 2014.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE